# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 14, 2006

131409

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ARLANDUS M. NOLEN,
      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.

_____

SC    131409
CoA  269972
Ingham CC

On order of the Chief Justice, the application for leave to appeal filed June 12, 2006 is DISMISSED for failure to pursue the case in conformity with the order of February 25, 2005 in *Nolen* v *Department of Corrections* No. 128072. That order provided that further appeals were not to be filed until the full entry fee in that case was paid. Following entry of that order, plaintiff-appellant paid the partial filing fee on March 15, 2005. Because the full entry fee in case No. 128072 has not been paid, this appeal is dismissed.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2006

_____
Clerk